COMMONWEALTH of Pennsylvania,
Respondent

v.

Kemoh A. ROGERS, Petitioner

No. 418 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

Erin Patricia TOKASH, Respondent

v.

Jeffrey Lawrence TOKASH, Petitioner

No. 377 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Damiyell VAUGHTER, Petitioner

No. 394 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.